UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLA D. VICK,** | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )     Civil Action No. 14-cv-2193 (TSC) <br> ) |
| **LOUIS DeJOY**, *in his official capacity as Postmaster General of the U.S. Postal Service*, | ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

## NOTICE OF PROPOSED VERDICT FORM

**Sex/Gender Discrimination**

1. Do you find that Ms. Vick has proved by a preponderance of the evidence that the U.S. Postal Service discriminated against her by taking an adverse action against her, and that but for her sex/gender, Ms. Vick would not have suffered the adverse action?

      YES: _____           NO: _____

*Please proceed to Question 2.*


**Retaliation**

2. Do you find that Ms. Vick has proved by a preponderance of the evidence that (1) she engaged in conduct protected by Title VII of the Civil Rights Act of 1964, (2) the U.S. Postal Service subjected her to a materially adverse action at the time or after the protected activity took place, and (3) that there was a causal connection between her protected activities and any materially adverse action taken by the Postal Service?

      YES: _____           NO: _____

*Please proceed to Question 3.*

**Hostile Work Environment**

3. Do you find that Ms. Vick has proved by a preponderance of the evidence that the U.S. Postal Service subjected her to a hostile work environment based on her sex/gender or in retaliation for protected EEO activity?

    YES: _____       NO: _____

*If you answered "Yes" to question 3, please proceed to question 3.a.*

*If you answered "No" to question 3, please skip over question 3.a.*

    3.a. Do you find that Plaintiff has proved by a preponderance of the evidence that because of her sex/gender or in retaliation for her protected activity, the U.S. Postal Service intentionally created or tolerated working conditions that reasonably caused her to resign her employment?

    YES: _____       NO: _____

*If you answered "NO" to Questions 1 through 3, please stop at this point and sign and date the form in the space provided below.*

*If you answered "YES" to any one of Questions 1 through 3, please proceed to Question 4.*

**Compensatory Damages**

4. Do you find that Ms. Vick has proved by a preponderance of the evidence that she has suffered non-economic compensatory damages as a result of the U.S. Postal Service's discrimination, retaliation, or creation of a hostile work environment?

    YES: _____       NO: _____

*If you answered "NO" to Question 4, please stop at this point and sign and date the form*

*in the space provided below.*

*If you answered "YES" to question 4, please proceed to Question 5.*

5. What sum of money do you find would reasonably compensate Ms. Vick for any non-economic compensatory damages she proved by a preponderance of the evidence that she suffered as a result of Defendant's conduct?

    $ _____

_____                                                     _____

Dated                                                                                                          Jury Foreperson