# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLA D. VICK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**LOUIS DeJOY**, *in his official capacity as*<br>*Postmaster General of the U.S. Postal*<br>*Service*,<br><br>　　　　Defendant. | Civil Action No. 14-cv-2193 (TSC) |

## VERDICT FORM

**Sex/Gender Discrimination**

1. Do you find that Ms. Vick has proved by a preponderance of the evidence that the U.S. Postal Service discriminated against her because of her sex/gender in connection with:

   a. Ms. Vick's fiscal year 2011 Noncontributor rating;

   　　YES: _____　　　　NO: ___✓_____

   b. The Postal Service's 2012/2013 Reduction in Force; or

   　　YES: _____　　　　NO: ___✓_____

   c. A subsequent denial by the Postal Service of any appointment of Ms. Vick to a Manager of Distribution Operations ("MDO") job or another position at the same grade?

   　　YES: _____　　　　NO: ___✓_____

*Please proceed to Question 2.*

**Retaliation**

2.  Do you find that Ms. Vick has proved by a preponderance of the evidence that the U.S. Postal Service retaliated against her for participating in protected activity in November 2009 in connection with the Postal Service's 2012/2013 Reduction in Force?

    YES: _____          NO: _____✓_____

*Please proceed to Question 3.*

**Hostile Work Environment**

3.  Do you find that Ms. Vick has proved by a preponderance of the evidence that the U.S. Postal Service subjected her to a hostile work environment:

    a.  Based on Ms. Vick's sex/gender; or

        YES: _____          NO: ___✓_____

    b.  In retaliation for Ms. Vick's protected EEO activity?

        YES: _____          NO: __✓_____

*If you answered "YES" to either Question 3a. or 3b., please proceed to Question 4.*

*If you answered "NO" to both Questions 3a. and 3b., please skip Question 4 and proceed to the next instruction.*

4.  Do you find that Plaintiff has proved by a preponderance of the evidence that because of her sex/gender or in retaliation for her protected activity, the U.S. Postal Service intentionally created or tolerated working conditions that reasonably caused her to resign her employment?

    YES: _____          NO: _____

*If you answered "NO" to all Questions 1 through 3, please stop at this point and sign and date the form in the space provided below.*

*If you answered "YES" to any one of Questions 1 through 3, please proceed to Question 5.*

**Compensatory Damages**

5.  Do you find that Ms. Vick has proved by a preponderance of the evidence that she has suffered non-economic compensatory damages as a result of the U.S. Postal Service's discrimination, retaliation, or creation of a hostile work environment?

    YES: _____        NO: _____

*If you answered "NO" to Question 5, please stop at this point and sign and date the form*

*in the space provided below.*

*If you answered "YES" to Question 5, please proceed to Question 6.*

6.  What sum of money do you find would reasonably compensate Ms. Vick for any non-economic compensatory damages she proved by a preponderance of the evidence that she suffered as a result of Defendant's conduct?

    $ _____

8/15/2022
_____
Dated

_____
Jury Foreperson